UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI BANKERS ASSOC., CONSUMER BANKERS ASSOC., AMERICAN BANKERS ASSOC., AMERICA'S CREDIT UNIONS, ARVEST BANK, BANK OF FRANKLIN and THE COMMERCIAL BANK | PLAINTIFFS |
| v. | Civil Action No. 3:24cv792-CWR-LGI |
| CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT in his official capacity as Director of the Consumer Financial Protection Bureau, 1700 G St. NW, Washington, DC 20552 | DEFENDANTS |
| MISSISSIPPI CENTER FOR JUSTICE and MYPATH | INTERVENOR-DEFENDANTS |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME BEFORE THE COURT Plaintiffs' [84] Unopposed Motion for Dismissal Without Prejudice ("Motion to Dismiss"). All Parties agree that the instant controversy is now moot and therefore should be dismissed without prejudice for lack of subject matter jurisdiction. This Court FINDS the relief-requested to be well taken.

Accordingly, it is hereby ORDERED that:

(1) Plaintiffs' [84] Motion to Dismiss is GRANTED;

(2) This Action is DISMISSED WITHOUT PREJUDICE; and

(3) Each Party shall bear its respective costs, expenses and attorneys' fees.

SO ORDERED, this the 16th day of May 2025.

                              s/ Carlton W. Reeves
                              UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ E. Barney Robinson III* (MSB #09432)
E. Barney Robinson III (MSB #09432)
Benjamin M. Watson (MSB #100078)
Samuel D. Gregory (MSB #104563)
BUTLER SNOW, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
(P) (601) 985-4487
(F) (601) 985-4500
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) sam.gregory@butlersnow.com

Ryan T. Scarborough (DC Bar #466956), PHV
Jesse T. Smallwood (DC Bar #495961), PHV
Daniel Boger (DC Bar #1615122), PHV
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(P) (202) 434-5000
(F) (202) 434-5029
(E) rscarborough@wc.com
(E) jsmallwood@wc.com
(E) dboger@wc.com

ATTORNEYS FOR PLAINTIFFS

*/s/ Joseph Frisone* (VA Bar No. 90728)
Joseph Frisone (VA Bar No. 90728)
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Joseph.Frisone@cfpb.gov
(P) (202) 435-9287

ATTORNEY FOR DEFENDANTS CONSUMER FINANCIAL PROTECTION BUREAU
and RUSSELL VOUGHT in his official capacity as
Director of the Consumer Financial Protection Bureau,
1700 G St. NW, Washington, DC 20552

*/s/ Will Bardwell* (MS Bar No. 102910)
Will Bardwell (MS Bar No. 102910)
Orlando Economos, PHV
Michael Martinez, PHV
Robin F. Thurston, PHV
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(P) (202) 448-9090
(E) oeconomos@democracyforward.org

*/s/ Jennifer S. Wagner*
Jennifer S. Wagner, PHV
Carla Sanchez-Adams, PHV
National Consumer Law Center
Boston, MA 02110
(P) (617) 226 0313
(F) (617) 542-8028
(E) jwagner@nclc.org

ATTORNEYS FOR INTERVENOR-DEFENDANTS

93729688.v2